USCA1 Opinion

 

 April 23, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1176 MAXIMILIANO AMPARO CONCEPCION, Plaintiff, Appellant, v. ADMINISTRACION DE CORRECCION, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Maximiliano Amparo Concepcion on brief pro se. _____________________________ ____________________ ____________________ Per Curiam. We agree with the district court that __________ plaintiff's allegations with respect to his dental treatment were insufficient to state a constitutional claim, and we affirm the dismissal of that claim. Plaintiff also contended, however, that the correctional facility has no law library and outlined a denial of access to courts claim. The district court did not address this claim when it dismissed plaintiff's action. We conclude that plaintiff stated enough to survive a sua sponte dismissal of the access to courts claim and therefore vacate the judgment of dismissal and remand for further consideration of the access to courts claim. Vacated and remanded. ____________________ -2-